**Order entered August 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00227-CR

**CASME ALFONSO VELAZQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F14-56517-J

## ORDER

The Court has before it appellant's August 24, 2015 motion to abate the appeal because the record is incomplete. We will treat this as a motion to supplement the record. As such, we **GRANT** the motion as follows.

The docket sheet and plea papers contained in the contained in the clerk's record reflect the hearing was conducted before the Magistrate Court on February 16, 2015. Accordingly, we **ORDER** court reporter Laura Rodriguez to file, within **THIRTY DAYS** of the date of this order, the reporter's record of the plea hearing conducted before the Magistrate Court. We further **ORDER** that Ms. Rodriguez file a duplicate copy of the February 16, 2015 record with the Dallas County District Clerk. *See* TEX. R. APP. P. 34.6(h).

Appellant's brief will be due thirty days after the supplemental reporter's record is filed.

WE **DIRECT** the Clerk to send copies of this order to Laura Rodriguez, court reporter for Magistrate Court; Kimberly Xavier, official court reporter, Criminal District Court No. 3; and to counsel for all parties.

/s/  ADA BROWN
    JUSTICE